774 A.2d 731

In the Matter of Ernest D. PREATE, Jr.

Petition for Reinstatement.

No. 136 Disciplinary Docket No. 3, No. 114 DB 1995.

Supreme Court of Pennsylvania.

March 19, 2001.

## ORDER

PER CURIAM:

AND NOW, this 19th day of March, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 22, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.